# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

DIANA PEREZ,
    *Plaintiff*,

v.                                                                 C.A. No. 16-664-M-PAS

TOWN OF NORTH PROVIDENCE;
    *Defendant*.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Diana Perez and Defendant Town of North Providence hereby stipulate and agree that all claims in the above-captioned matter shall be dismissed with prejudice, each party to bear its own fees and costs, and waiving all rights of appeal.

| | |
|---|---|
| DIANA PEREZ<br>By her attorneys, | TOWN OF NORTH PROVIDENCE,<br>By its attorneys, |
| /s/ Edward C. Roy<br>Edward C. Roy, Esq.<br>577 Tiogue Avenue, Suite 200<br>Coventry, RI  02816<br>(401) 823-0488<br>(401) 823-0486<br>Edward_Roy@hotmail.com | /s/ Nicole J. Benjamin<br>JOHN A. TARANTINO (#2586)<br>jtarantino@apslaw.com<br>NICOLE J. BENJAMIN (#7540)<br>nbenjamin@apslaw.com<br>ADLER POLLOCK & SHEEHAN P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903-1345<br>(401) 274-7200<br>(401) 351-4607 (fax) |
| Alberto Aponte Cardona, Esq.<br>107 Warwick Avenue<br>Cranston, RI  02905<br>(401) 475-5436<br>(401) 519-4449<br>acardona@aclawgroup.com | |

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served the foregoing Stipulation of through the ECF system on February 5, 2019, and that notice will be sent electronically to the all counsel who are identified on the Mailing Information for Case No. 16-664-M-PAS.

                                                 /s/ *Nicole J. Benjamin*

*570849_1.docx*